UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ERIN L.,
  Plaintiff,

vs.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,
  Defendant

Case No. 6:26-cv-00080-CL

ORDER AWARDING ATTORNEY FEES
PER 28 U.S.C. § 2412(d) & COSTS PER 28
U.S.C. § 1920

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $2,605.26 is awarded to Plaintiff and no costs. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check or electronic transfer shall be made payable to Plaintiff's attorney, Andrea Banks, based upon Plaintiff's assignment of these amounts to her. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address.

IT IS SO ORDERED this ___9___ day of June, 2026.

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE